IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION, as Receiver for First National ) <br> Bank of Nevada, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BELL CAPITAL, INC., ) <br> SUE RADO a/k/a SUZANNE RADO ) <br> a/k/a SUZANA RADOJCIC ) <br> BUDIMIR RADOJCIC, ) <br> LOUIS L. JAVELL, ) <br> ACQUEST TITLE SERVICES, LLC, ) <br> EUGENIUSZ DOMINIKOWSKI a/k/a ) <br> E. DOMINKOWSKI, ) <br> LAWYERS TITLE INSURANCE ) <br> CORPORATION, ) <br> Defendants. ) | Case No. 07 C 4581 |

**NOTICE OF FILING**

TO:   See Attached Service List

     On March 1, 2010, I filed with the Clerk of the U.S. District Court, 219 S. Dearborn St., Chicago, IL, the attached MOTION FOR ENTRY OF DEFAULT JUDGMENT V. SUZANA RADOJCIC, a copy of which is hereby served upon you.


                                      s/Craig C. Smith
                                      Attorney for Plaintiff


Craig C. Smith ARDC # 6238126
Smith & Weik, LLC
10 S. LaSalle St., Suite 3702
Chicago, IL  60603
312-895-4560

## PROOF OF SERVICE

The undersigned certifies, deposes and says upon oath that the undersigned served the above Notice, together with true and accurate copies of the above stated instruments via electronic filing on March 1, 2010.

Signed and Certified:  s/Craig C. Smith_____

**SERVICE LIST**

Suzana Radojcic
5215 W. Montrose #1
Chicago, IL 60641
suzanaradojcic@yahoo.com


E. William Maloney
Maloney & Craven, P.C.
2093 Rand Rd.
Des Plaines, IL 60016
Ewm2093@aol.com
nmw@maloneycraven.com